UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM SLOAN, JABARI H. RATLIFF, LARA MEIER, JUANITA GRINER, KOHLTEN MICHAEL ROBINSON, SUSAN HAVENS, TYRICE CHANDLER, ARCTOS GRAY, SHANITA WALKER, KATHLEEN DAVIS, LENA TAYLOR, MARIA VAZQUEZ, KRISTEN REA, TIMOTHY RIEGLING, DIANE LEE FREYBLER, ERIKA K. ABNEY, ANTONIA SANCHEZ, SAMUEL J. CZARNOPYS, JODI MCCLURE, MOLLY HOLMES, NANCY E. PARKER, CATHLEEN M. NIENHUIS, ASHLEY ASH, WILLIAM D. NIENHUIS, SHANNON M. BEAN, TRENTON ROBINSON, CASEY L. OTTE, JERMAYNE WILLIAMS, and GORDON DORNBOS,<br><br>    Plaintiffs,<br><br>v<br><br>TECH GROUP GRAND RAPIDS INC. d/b/a WEST CONTRACT MANUFACTURING, a Michigan corporation,<br><br>    Defendant. | CASE NO. 2:24-CV-02454-KNS<br><br>HON. KAI N. SCOTT |

**UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**

The above-captioned Plaintiffs ("Plaintiffs") and Defendant Tech Group Grand Rapids Inc. d/b/a West Contract Manufacturing, jointly move this Court for entry of a proposed Order Approving FLSA Settlement, attached to the Memorandum in Support of Joint Motion for Approval of FLSA Settlement as Exhibit 1, which (i) grants this Joint Motion; (ii) approves the

1

General Settlement Agreement and the Sloan Settlement Agreement ("Settlement Agreements"); and (iii) dismisses this action with prejudice and without further costs or fees to any party.

In support of this Joint Motion, the Parties state as follows:

1. This action was filed on October 13, 2023, in the United States District Court for the Western District of Michigan by Plaintiff, Adam Sloan, against West Pharmaceutical Services Inc., seeking damages for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. sections 201 *et seq.* (hereinafter referred to as "Plaintiffs' Lawsuit"). (ECF No. 1.)

2. Since the filing of the original complaint in this matter, Defendant Tech Group Grand Rapids Inc. was substituted into this lawsuit in place of West Pharmaceutical Services Inc. by way of stipulation (ECF No. 11), this action was transferred to the United States District Court for the Eastern District of Pennsylvania (ECF No. 27), Plaintiffs' counsel moved for and was granted *pro hac vice* admission in this Court (ECF No. 35), and additional Plaintiffs were added in their individual capacities by way of a First Amended Complaint (ECF No. 52).

3. After this matter was transferred to the Eastern District of Pennsylvania, the parties began engaging in extensive settlement discussions and negotiations that continued for several months. Ultimately, the parties were able to reach an agreement. Thereafter, the parties assembled and negotiated the terms of the Settlement Agreements.

4. The Parties now seek this Court's approval of the Parties' Settlement Agreements and dismissal of the case with prejudice.

5. The Parties agree that the negotiated, voluntary compromise is appropriate because the Parties recognize the costs and their respective risks associated with proceeding with lengthy, expensive, and contentious litigation.

6. The detailed and material terms of the Settlement Agreements are discussed in the

attached Memorandum in Support of the Joint Motion for Approval of FLSA Settlement.

7. In sum, the Settlement Agreements provides that Defendant shall pay a Gross Settlement Amount of $55,978.53, inclusive of (i) the issuance of monetary payments to Plaintiffs, (ii) additional payment to Plaintiff Adam Sloan to compensate for additional release language contained in the Sloan Settlement Agreement, (iii) payment for attorneys' fees, and (iv) payment for Plaintiffs' litigation costs expenses.

8. The Parties agree that the Settlement Agreements reflect a fair and reasonable resolution and compromise of a bona fide dispute over issues arising under Plaintiffs' FLSA claim.

9. Thus, the Parties respectfully ask this Court to approve the Settlement Agreements and the parties' overall settlement structure in its entirety and to dismiss this case with prejudice and without any costs or fees to any party, except as provided in the Settlement Agreements.

WHEREFORE, the Parties jointly move this Court for entry of a proposed Order Approving Settlement Agreement, attached to the Memorandum in Support of Joint Motion for Approval of FLSA Settlement as <u>Exhibit 1</u>.

FOR PLAINTIFFS:

By: */s/ C. Christopher Newberg*          Dated: October 10, 2025
C. Christopher Newberg (*pro hac vice*)
KUIPER KRAEMER P.C.
6660 Old 28th Street SE
Grand Rapids, MI 49546
(616) 454-3700
newberg@k2legal.com

Joel A. Ready, Bar No. 321966
CORNERSTONE LAW FIRM LLC
8500 Allentown Pk, Ste 3
Blandon, PA 19510
(610) 926-7875
joel@cornerstonelaw.us